

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00129-CV

**IN THE INTEREST OF A.N.M**. and E.X.M.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02616
The Honorable Richard Garcia,[1] Associate Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice

Sitting:       Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  July 17, 2013

AFFIRMED

This is an appeal from the trial court's order terminating appellant's parental rights to her two children. Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concludes that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04–03–00096–CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, order) (same).

---

[1] The Honorable Richard Garcia, Associate Judge, Bexar County, Texas, signed the order terminating appellant's parental rights; however, the Honorable Martha B. Tanner, presiding judge of the 166th Judicial District Court, Bexar County, Texas, presided over the bench trial.

Counsel certified that a copy of his brief was delivered to appellant who was advised of her right to examine the record and to file a *pro se* brief. This court attempted to contact appellant, but all mail has been returned as "undeliverable." No *pro se* brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit. The order of the trial court is affirmed, and counsel's motion to withdraw is granted. *See Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.); *see also In re J.D.L.*, No. 04-11-00055-CV, 2011 WL 3328719, at \*1 (Tex. App.—San Antonio Aug. 3, 2011, no pet.) (affirming judgment despite inability to inform appellant of rights pursuant to *Anders*).

Rebeca C. Martinez, Justice